**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| **FREDERICK G. HERR** | : | **BK. No. 16-23950-GLT** |
| Debtor | : | |
| | : | Chapter No. 7 |
| **SPECIALIZED LOAN SERVICING LLC** | : | |
| Movant | : | Document No. |
| v. | : | |
| **FREDERICK G. HERR** | : | Hearing Date: APRIL 5, 2018 |
| **BETH ANN HERR (Non-filing- Co-Debtor)** | : | |
| and | : | Hearing Time: 10:00 am |
| **CHARLES O. ZEBLEY, JR., ESQUIRE (TRUSTEE)** | : | |
| | : | Objection Date: MARCH 12, 2018 |
| Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 2/22/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| CHARLES O. ZEBLEY, JR., ESQUIRE (TRUSTEE)<br>P.O. BOX 2124<br>UNIONTOWN, PA 15401<br>COZ@Zeblaw.com | FRED G HERR<br>817 CHESTNUT ST<br>NEW CASTLE, PA 16101 |
| PAULA J. CIALELLA, ESQUIRE<br>113 NORTH MERCER STREET<br>NEW CASTLE, PA 16101<br>paula@cialellalaw.com | FRED G HERR<br>2661 SAVANNAH RD<br>NEW CASTLE, PA 16101-5540 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>ustpregions03.pi.ecf@usdoj.gov | BETH ANN HERR<br>2661 SAVANNAH RD<br>NEW CASTLE, PA 16101-5540 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be

listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

                                                          /s/ James A. Prostko, Esquire
                                                          James A. Prostko, Esq., Id. No.27221
                                                          Phelan Hallinan Diamond & Jones, LLP
                                                          Omni William Penn Office Tower
                                                          555 Grant Street, Suite 300
                                                          Pittsburgh, PA 15219
                                                          Phone Number: 215-563-7000 Ext 31501
                                                          Fax Number: 215-568-7616
                                                          Email: james.prostko@phelanhallinan.com

2/22/2018