# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| **FREDERICK G. HERR** : | BK. No. 16-23950 GLT |
| Debtor : | |
| : | Chapter No. 07 |
| **SPECIALIZED LOAN SERVICING LLC** : | |
| Movant : | Related to Document No. 64 |
| v. : | |
| **FREDERICK G. HERR** : | Hearing Date: APRIL 5, 2018 |
| **BETH ANN HERR (Non-filing- Co-Debtor)** : | |
| and : | Hearing Time: 10:00 am |
| **CHARLES O. ZEBLEY, JR., ESQUIRE** : | |
| **(TRUSTEE)** : | Objection Date: MARCH 12, 2018 |
| Respondents : | |
| : | |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 64

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on February 22, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than March 12, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: March 14, 2018      */s/ James A. Prostko, Esquire*
                                      James A. Prostko, Esq., Id. No.27221
                                      Phelan Hallinan Diamond & Jones, LLP
                                      Omni William Penn Office Tower
                                      555 Grant Street, Suite 300
                                      Pittsburgh, PA 15219
                                      Phone Number: 215-563-7000 Ext 31501
                                      Fax Number: 215-568-7616
                                      Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| **FREDERICK G. HERR** | : | BK. No. 16-23950 GLT |
| Debtor | : | |
| | : | Chapter No. 07 |
| **SPECIALIZED LOAN SERVICING LLC** | : | |
| Movant | : | Related to Document No. 64 |
| v. | : | |
| **FREDERICK G. HERR** | : | Hearing Date: APRIL 5, 2018 |
| **BETH ANN HERR** (Non-filing- Co-Debtor) | : | |
| and | : | Hearing Time: 10:00 am |
| **CHARLES O. ZEBLEY, JR., ESQUIRE (TRUSTEE)** | : | Objection Date: MARCH 12, 2018 |
| Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 3/14/2018.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification

CHARLES O. ZEBLEY, JR., ESQUIRE (TRUSTEE)
P.O. BOX 2124
UNIONTOWN, PA 15401
COZ@Zeblaw.com

PAULA J. CIALELLA, ESQUIRE
113 NORTH MERCER STREET
NEW CASTLE, PA 16101
paula@cialellalaw.com

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
ustpregions03.pi.ecf@usdoj.gov

Service by First Class Mail

FRED G HERR
817 CHESTNUT ST
NEW CASTLE, PA 16101

FRED G HERR
2661 SAVANNAH RD
NEW CASTLE, PA 16101-5540

BETH ANN HERR
2661 SAVANNAH RD
NEW CASTLE, PA 16101-5540

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail