# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-23950-GLT |
| | : | Chapter: | 7 |
| Frederick G Herr | : | | |
| | : | | |
| | : | Date: | 4/5/2018 |
| *Debtor(s).* | : | Time: | 10:00 |

**FILED**

APR 05 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #64 - Motion for Relief from the Automatic Stay by Specialized Loan Servicing LLC
#69 - Response by Chapter 7 Trustee

**APPEARANCES:**

   Trustee:   Charles O. Zebley, Jr.
   Specialized Loan: James Prostko

**NOTES:**

Prostko: The trustee is still marketing the property. Worked out an agreement that the stay relief can be effective July 31, 2018.

Zebley: Requests four months. The Debtor will give up his exemptions.

**OUTCOME:**

1. The Motion for Relief from the Automatic Stay [Dkt. No. 64] is granted as modified. Stay relief will be effective after July 31, 2018. O/E.

**DATED:** 4/5/2018